# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Katherine Anne Krikorian Civil No. 09-59 (RHK/JJK)

 Plaintiff, **ORDER**

v.

Warden Tracy Beltze,

 Defendant.

The above matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 23, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 17) is **ADOPTED**;

2. The Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc No. 1) is **DENIED**; and

3. This action is **DISMISSED WITH PREJUDICE**

Dated: August 19, 2009

 s/Richard H. Kyle
 RICHARD H. KYLE
 United States District Judge